**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES EDWARD GREEN, JR.  PETITIONER
ADC # 113001

v.  5:14-CV-00009-KGB-JTK

RAY HOBBS,
Director,
Arkansas Department of Correction,  RESPONDENT

## ORDER OF RECUSAL

It has come to the Court's attention that Jack Kearney, brother to the undersigned Magistrate Judge, served as Plaintiff's counsel during the underlying criminal conviction. Accordingly, Jerome Kearney, to whom the above-styled case has been assigned, hereby recuses himself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C. § 455.

IT IS SO ORDERED this 16th day of January, 2014.

United States Magistrate Judge