**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES EDWARD GREEN, JR.,**                                        **PETITIONER**
**ADC #113001**

**v.**                            **Case No. 5:14-cv-00009-KGB/HDY**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                              **RESPONDENT**

<u>**ORDER**</u>

The Court has received the Findings and Recommendation from Magistrate Judge H. David Young (Dkt. No. 16).  In response, petitioner James Edward Green, Jr., filed an objection (Dkt. No. 18) and a statement of necessity (Dkt. No. 19).  On February 21, 2014, Mr. Green also filed a "motion for 'reconsideration' of denial for a 'preliminary injunction' and 'restraining' order" (Dkt. No. 26).  The Court construes this as a second objection to the Findings and Recommendation.  After a careful review of the Findings and Recommendation, the timely objection and statement of necessity received thereto, and a *de novo* review of the record, including Mr. Green's untimely objection, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The Court determines no evidentiary hearing is necessary.  The Court denies the motion for preliminary injunction and/or temporary restraining order filed by Mr. Green (Dkt. No. 7).

SO ORDERED this the 8th day of May, 2014.

*Kristine G. Baker*
_____
KRISTINE G. BAKER

UNITED STATES DISTRICT JUDGE