IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES EDWARD GREEN, JR.,**                                                                **PETITIONER**
**ADC #113001**

v.                        Case No. 5:14-cv-00009-KGB/HDY

**RAY HOBBS, Director of the**
Arkansas Department of Correction                                              **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, it is considered, ordered, and adjudged that petitioner James Edward Green, Jr.'s petition is dismissed with prejudice. A certificate of appealability is denied.

SO ADJUDGED this the 16th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE